LOCKE LORD LLP
Carl Scherz (Appearing *pro hac vice*)
cscherz@lockelord.com
Thomas Yoxall (Appearing *pro hac vice*)
tyoxall@lockelord.com
James Bilton (Appearing *pro hac vice*)
jbilton@lockelord.com
Paul Lein (Appearing *pro hac vice*)
plein@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Facsimile: 214-740-8800

LOCKE LORD LLP
Mitchell J. Popham, 126194
mpopham@lockelord.com
Matthew B. Nazareth, 278405
mnazareth@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant, Counter-Claimant and
Third Party Plaintiff, CREST FOODS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NESTLE USA, INC.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CREST FOODS, INC.,<br><br>                    Defendant, | CASE NO. 2:16-cv-07519 JAK-AFM<br><br>**APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST FOODS, INC.'S SECOND AMENDED COUNTERCLAIM** |

| | |
|---|---|
| CREST FOODS, INC., | ) Complaint filed: October 7, 2016 |
|     Defendant and Counter-claimant | ) Trial date: Not Set |
| vs. | ) |
| NESTLE USA, INC., | ) |
|     Plaintiff and Counter-Defendant, | ) |
| CREST FOODS, INC., | ) |
|     Third Party Plaintiff, | ) |
| vs. | ) |
| NESTLE CANADA INC., SOCIÉTÉ DES PRODUITS NESTLÉ S.A., NESTLÉ S.A., and NESTEC S.A., | ) |
|     Third Party Defendants | ) |

Pursuant to Local Rule 79-5.2.2(b) and the Protective Order entered in this case (ECF No. 164), Defendant, Counter-Claimant and Third Party Plaintiff Crest Foods, Inc. ("Crest") hereby applies to conditionally file under seal the following documents:

    A.    Exhibit A: Portions of Crest's Second Amended Counterclaim; and

    B.    Exhibit B: Exhibits 56-89 to the Second Amended Counterclaim, which were designated "CONFIDENTIAL" by Nestle USA.

These exhibits to the Second Amended Counterclaim are documents produced by Plaintiff and Counter-Defendant Nestle USA, Inc. ("Nestle") during discovery in this matter and deposition testimony. (Declaration of James Bilton ("Bilton Decl.") ¶ 2.) These documents and deposition testimony were each marked "CONFIDENTIAL" pursuant to the Protective Order entered in this case (ECF No. 164.) (Bilton Decl. ¶ 2.) The portions of Crest's Second Amended Counterclaim that Crest seeks to file conditionally under seal discuss the contents of these Exhibits.

2

APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST FOODS, INC.'S SECOND AMENDED COUNTERCLAIM
Nestle USA, Inc., vs. Crest Foods, Inc., et al. Case No.: 2:16-cv-07519 JAK-AFM

(Bilton Decl. ¶ 4.)  Counsel for Crest conferred with counsel for Nestle regarding the filing of these documents publically or partially redacted in order to avoid this application, but the parties were not able to reach agreement.  (Bilton Decl. ¶¶ 2–3.)

Accordingly, Crest respectfully requests that the Court grant this application to file the documents conditionally under seal.

DATED:  June 21, 2018    Respectfully submitted,
**LOCKE LORD LLP**

By: /s/ Carl C. Scherz
Carl C. Scherz
Tom Yoxall
James Bilton
Paul Lein
Mitchell J. Popham
Matthew B. Nazareth

Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff, Crest Foods, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/   *Matthew B. Nazareth*
Matthew B. Nazareth