LOCKE LORD LLP
Carl Scherz (Appearing *pro hac vice)*
cscherz@lockelord.com
Thomas Yoxall (Appearing *pro hac vice)*
tyoxall@lockelord.com
James Bilton (Appearing *pro hac vice)*
jbilton@lockelord.com
Paul Lein (Appearing *pro hac vice)*
plein@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Facsimile: 214-740-8800

LOCKE LORD LLP
Mitchell J. Popham, 126194
mpopham@lockelord.com
Matthew B. Nazareth, 278405
mnazareth@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant, Counter-Claimant and
Third Party Plaintiff, CREST FOODS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTLE USA, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CREST FOODS, INC.,<br><br>                    Defendant, | CASE NO. 2:16-cv-07519 JAK-AFM<br><br>**[PROPOSED] ORDER RE APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST FOODS, INC.'S SECOND AMENDED COUNTERCLAIM** |

1

[PROPOSED] ORDER TO APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST FOODS, INC.'S
SECOND AMENDED COUNTERCLAIM
NESTLE USA, INC., VS. CREST FOODS, INC., ET AL. CASE NO.: 2:16-CV-07519 JAK-AFM

| | |
|---|---|
| CREST FOODS, INC., | Complaint filed: October 7, 2016 |
| Defendant and Counter-claimant | Trial date: Not Set |
| vs. | |
| NESTLE USA, INC., | |
| Plaintiff and Counter-Defendant, | |
| CREST FOODS, INC., | |
| Third Party Plaintiff, | |
| vs. | |
| NESTLE CANADA INC., SOCIÉTÉ DES PRODUITS NESTLÉ S.A., NESTLÉ S.A., and NESTEC S.A., | |
| Third Party Defendants | |

Having reviewed Crest Foods, Inc.'s Application to File Conditionally Under Seal Crest Foods, Inc.'s Second Amended Counterclaim ("Application") as required by Local Rule 79-5, and good cause appearing, the Application is hereby GRANTED.  The following documents shall be filed conditionally under seal:

1.     Exhibits 56-89 to Crest Foods, Inc.'s Second Amended Counterclaim; and

2.     The portions of the Second Amended Counterclaim that quote or describe the above exhibits.

IT IS SO ORDERED.


DATED:  _____, 2018          _____
                                                      Hon. John A. Kronstadt

1

2

## **CERTIFICATE OF SERVICE**

3          I hereby certify that on June 21, 2018, I electronically filed the foregoing with

4    the Clerk of the District Court using the CM/ECF system, which sent notification of

5    such filing to all counsel of record.

6                                    /s/   *Matthew B. Nazareth*

7                                         Matthew B. Nazareth

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

Nestle USA, Inc., vs. Crest Foods, Inc., et al. Case No.: 2:16-cv-07519 JAK-AFM