LOCKE LORD LLP
Carl Scherz (Appearing *pro hac vice*)
cscherz@lockelord.com
Thomas Yoxall (Appearing *pro hac vice*)
tyoxall@lockelord.com
James Bilton (Appearing *pro hac vice*)
jbilton@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Facsimile: 214-740-8800

LOCKE LORD LLP
Mitchell J. Popham, 126194
mpopham@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant, Counter-Claimant and
Third Party Plaintiff, CREST FOODS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTLÉ USA, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>CREST FOODS, INC.,<br><br>    Defendant, Counter-Claimant, and Third Party Plaintiff.<br><br>NESTLÉ CANADA, INC., and NESTEC S.A.<br><br>    Third-Party Defendants. | Case No. 2:16-cv-07519-JAK-AFM<br><br>**UNOPPOSED APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST FOODS INC.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>Judge John A. Kronstadt |

Pursuant to Local Rule 79-5.2.2(b) and the Protective Order entered in this case (ECF No. 164), Defendant, Counter-Claimant and Third Party Plaintiff Crest Foods, Inc. ("Crest") hereby applies to conditionally file under seal the following documents:

A.    Exhibit 1: Crest's Notice of Motion and Memorandum of Points and Authorities in Support of Motion for Summary Judgment on Nestlé USA's Complaint.

B.    Exhibit 2: Crest's Index of Evidence in Support of Motion for Summary Judgment on Nestlé USA's Complaint.

Counsel for Crest met and conferred with counsel for Nestle regarding the filing of these documents and Nestlé's position was that Crest should file under seal the documents marked as confidential and that they do not oppose this application (Scherz Decl. ¶¶ 1-2.)

Accordingly, Crest respectfully requests that the Court grant this application to file the documents conditionally under seal.

DATED:  April 8, 2019          Respectfully submitted,
                               **LOCKE LORD LLP**

                               By: */s/ Carl C. Scherz*
                               Carl C. Scherz
                               Tom Yoxall
                               James Bilton
                               Mitchell J. Popham

                               Attorneys for Defendant, Counter-Claimant
                               and Third-Party Plaintiff, Crest Foods, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record:

By: */s/ Carl C. Scherz*
Carl C. Scherz

UNOPPOSED APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST'S MOT. FOR SUMM. J.
*Nestle USA, Inc. v. Crest Foods, Inc., et al.* Case No. 2:16-cv-07519 JAK-AFMx