LOCKE LORD LLP
Carl Scherz (Appearing *pro hac vice*)
cscherz@lockelord.com
Thomas Yoxall (Appearing *pro hac vice*)
tyoxall@lockelord.com
James Bilton (Appearing *pro hac vice*)
jbilton@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Facsimile: 214-740-8800

LOCKE LORD LLP
Mitchell J. Popham, 126194
mpopham@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant, Counter-Claimant and
Third Party Plaintiff, CREST FOODS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTLÉ USA, INC.,<br><br>         Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>CREST FOODS, INC.,<br><br>         Defendant, Counter-Claimant, and Third Party Plaintiff.<br><br>NESTLÉ CANADA, INC., and NESTEC S.A.<br><br>         Third-Party Defendants. | Case No. 2:16-cv-07519-JAK-AFM<br><br>**DECLARATION OF CARL C. SCHERZ IN SUPPORT OF CREST FOODS INC.'S UNOPPOSED APPLICATION TO FILE CONDITIONALLY UNDER SEAL CREST FOODS INC.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>Judge John A. Kronstadt |

I, Carl C. Scherz, declare:

1. I am an attorney with Locke Lord LLP, counsel for Defendant, Counter-Claimant, and Third Party Plaintiff Crest Foods, Inc. ("Crest") in this action. I have been admitted pro hac vice to this court. I have personal knowledge of the matters stated below and could and would competently testify thereto if called upon to do so. The matters stated herein are true and correct. This declaration is made in support of Crest's Application to File Conditionally Under Seal Crest's Notice of Motion and Motion for Summary Judgment, and Index in Support of Crest's Motion for Summary Judgment.

2. On April 1, 2019, I conferred telephonically with counsel for Nestlé USA, Keri Borders, regarding the filing of confidentially designated documents in conjunction with Crest's forthcoming filings, including its Motion for Summary Judgment. I indicated Crest's understanding that, unless Nestlé were to advise otherwise, Nestlé's position was that it agreed that Crest may file under seal documents previously designated as confidential.

3. Ms. Borders confirmed that Nestlé agreed that Crest should file confidentially designated documents under seal.

4. Crest's Notice of Motion and Motion for Summary Judgment on Nestlé USA's Complaint, and Crest's Index of Evidence and Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Judgment, include references to and attachments of documents produced by Nestlé USA and Crest during the course of discovery in this litigation. Each such document was designated to receive confidential treatment.

5. The redactions made to the publicly filed Motion for Summary Judgment were intended to be the actual exhibits produced that were designated for confidential treatment.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3
4  Executed on April 8, 2019.

        */s/ Carl C. Scherz*
        Carl C. Scherz

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record:

By: */s/ Carl C. Scherz*
Carl C. Scherz