**MAYER BROWN LLP**
Keri E. Borders (SBN 194015)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel: (213) 229-9500
dgiali@mayerbrown.com

Carmine R. Zarlenga (admitted *pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
czarlenga@mayerbrown.com

*Attorneys for Plaintiff and Counterclaim Defendant Nestlé USA, Inc. and Third-Party Defendants Nestlé Canada, Inc. and Nestec, S.A.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTLÉ USA, INC., <br><br>   Plaintiff and Counter-Defendant, <br><br> vs. <br><br> CREST FOODS, INC., <br><br>   Defendant, Counterclaimant and Third Party Plaintiff. <br><br> vs. <br><br> NESTLÉ CANADA, INC. and NESTEC S.A. <br><br>   Third-Party Defendants. | Case No. 2:16-cv-07519-JAK <br><br> **CERTIFICATE OF SERVICE** |

732024697.1 12410185

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served true and correct copies of the following documents e-filed under seal on counsel of record on April 8, 2019 by electronic service.

1. NESTLÉ CANADA AND NESTEC, S.A.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. NESTLÉ CANADA AND NESTEC, S.A.'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

3. NESTLÉ USA, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

4. NESTLÉ USA, INC.'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

5. DECLARATION OF KERI E. BORDERS ISO MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT WITNESS TESTIMONY

6. DECLARATION OF J.P. FOUGERON IN SUPPORT OF NESTLE USA, INC., NESTLE CANADA, INC. AND NESTEC S.A.'S MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

7. NESTLE USA, INC., NESTLE CANADA, INC. AND NESTEC S.A.'S NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT REPORT, TESTIMONY AND OPINIONS OF DR. ERICKSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

April 8, 2019

/s/ Keri E. Borders
Keri E. Borders